## (May 31, 1966)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALI AHMETI, Appellant.— Application by Saul H. Altholz, Esq., to be relieved of assignment to represent appellant upon this appeal granted; and Joseph D. Hill, Esq., 23 Crown Street, Kingston, assigned to represent appellant pursuant to section 722 of the County Law in his place and stead. The appeal may be perfected upon one typewritten copy of the record and six typewritten copies of the brief and appendix. Gibson, P. J., Herlihy, Taylor, Aulisi and Staley, JJ., concur.

■ In the Matter of the Claim of LOUISE S. AGABIAN, Appellant, v. SPERRY RAND CORPORATION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal denied, without costs. (*Matter of Barrow* v. *Loon Lake Hotel*, 3 A D 2d 783.) Upon this appeal, our review is limited to the question whether the board's action was arbitrary and capricious. Gibson, P. J., Herlihy, Taylor, Aulisi and Staley, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KABIL BAJRAMOVOC, Appellant.— Motion for permission to proceed as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and six typewritten copies of the brief and appendix. Marshall C. Lipton, Esq., 288 Wall Street, Kingston, assigned to represent appellant upon this appeal pursuant to section 722 of the County Law. Gibson, P. J., Herlihy, Reynolds, Taylor and Staley, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM P. BICKEL, Appellant.— Motion for permission to proceed as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and six typewritten copies of the brief and appendix. Richard E. Johnson, Esq., Edmeston, assigned to represent appellant upon this appeal pursuant to section 722 of the County Law. Gibson, P. J., Herlihy, Reynolds, Taylor and Staley, JJ., concur.